### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**LUIS ALONSO
MANCHAME-MALDONADO,**

      Petitioner,

      v.

**KEVIN RAYCRAFT, et al.,**

      Respondents.

CASE NO. 3:26 CV 946

JUDGE JAMES R. KNEPP II

**ORDER**

Petitioner Luis Alonso Manchame-Maldonado ("Petitioner"), an immigration detainee presently in federal custody, filed a Petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). This case was referred to Magistrate Judge Jonathan D. Greenberg for a Report and Recommendation ("R&R") regarding the Petition under Local Civil Rule 72.2(b)(2). Before Judge Greenberg issued an R&R, the Sixth Circuit determined individuals such as Petitioner who resided within the United States at the time of their arrest were not "seeking admission" under the Immigration and Nationality Act.[1] *See Lopez-Campos*, --- F.4th ---, 2026 WL 1283891, at *8–9 (6th Cir. 2026). As a result, Petitioner and similarly situated individuals may only lawfully be detained pursuant to the INA's permissive detention scheme entitling them to a bond hearing to determine their eligibility for release. *Id.* at *11 (explaining where a Petitioner is not "seeking admission or lawful entry into the United States, § 1225(b)(2)(A)'s mandatory detention scheme does not apply . . . Petitioners could have been detained pursuant to only § 1226.").

---

1. Hereinafter "INA." The INA is codified at 8 U.S.C. §§ 1101–1537. For simplicity's sake, the Court uses INA to refer to the entirety of Chapter 12 of Title 8 of the United States Code and does not distinguish between those portions of Chapter 12 adopted through the INA, the Illegal Immigration Reform and Immigrant Responsibility Act, and the Laken Riley Act.

The Government now concedes Petitioner is entitled to a bond hearing pursuant to § 1226 of the INA. *See* Doc. 6, at 2.

For the foregoing reasons, good cause appearing, it is

ORDERED that the Petition (Doc. 1) be, and the same hereby is, GRANTED as set forth herein, and it is

FURTHER ORDERED that, in accordance with *Lopez-Campos*, 2026 WL 1283891, Respondents shall within 7 days either afford Petitioner the statutory process required under 8 U.S.C. § 1226(a), which includes a bond hearing, or release him from custody.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2026